UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) Case Nos. | CR112-185, USA v. Hawkins |
| | ) | CV114-130, USA v. Hawkins |
| LEAVE OF ABSENCE REQUEST | ) | CR115-030, USA v. Martinez |
| | ) | CR115-100, USA v. Osborn, et al |
| NANCY C. GREENWOOD | ) | CR115-108, USA v. Riley, et al |
| March 8 through 11, 2016 and | ) | |
| April 29 through May 2, 2016 | ) | |

## ORDER

**Nancy C. Greenwood** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

IT IS HEREBY ORDERED THAT **Nancy C. Greenwood** be granted leave of absence for the following periods: **March 8, 2016 through March 11, 2016 and April 29, 2016 through May 2, 2016.**

This  1st  day of  February, 2016.

HONORABLE J. RANDAL HALL
United States District Judge
Southern District of Georgia