IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CASE NO: CR115-100 |
| | ) | |
| MARISSA ASHTON ROBERTS | ) | |

## O R D E R

The Indictment against defendant Marissa Ashton Roberts was dismissed on February 16, 2016.

Surety, Thomas Guy, has requested the return of the $1,000.00 cash security posted on the defendant's $10,000.00 bond.

IT IS HEREBY ORDERED that the cash collateral in the amount of $1,000.00 posted by Thomas Guy for this defendant, plus all accrued interest thereon, be returned to: Thomas Guy at 2339 Noah Station Road, Matthews, Georgia, 30818 ·

This _17th_ day of _February_, 2016 at Augusta, Georgia.

J. RANDAL HALL, DISTRICT JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA